Order issued September 21, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00567-CV

**NEXBANK, SSB, Appellant**

**V.**

**COUNTRYWIDE FINANCIAL CORPORATION, Appellee**

## ORDER

The Court has before it appellee's September 13, 2012 unopposed motion to extend time to file appellee's brief, which is unopposed. The Court **GRANTS** the motion and **ORDERS** appellee to file its brief by October 2, 2012.

MOLLY FRANCIS
JUSTICE